UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 11-57824 |
| John R. Revercomb, Sr., | : | Chapter 13 |
| Carolyn L. Revercomb, | | |
| Debtor(s). | : | Judge John E. Hoffman, Jr. |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: February 2, 2015                                /s/ Faye D. English
                                                          Faye D. English (#0075557)
                                                          Chapter 13 Trustee
                                                          10 W. Broad Street, Suite 900
                                                          Columbus, OH 43215
                                                          614-420-2555 telephone
                                                          614-420-2550 facsimile
                                                          faye.english@ch13columbus.com

| Name and Address | Amount |
|---|---|
| Beneficial Financial, Inc. | $1,806.69 |
| PO Box 9068 | |
| Brandon, FL 33509 | |