Form a0ogrfnd
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215-2414

In Re: John R. Revercomb Sr.
Carolyn L. Revercomb
Debtor(s)

SSN/TAX ID:
xxx-xx-5039
xxx-xx-7230

Case No.: 2:11-bk-57824

Chapter: 13

Judge: John E. Hoffman Jr.

*FILED APR 29 2015 Kenneth Jordan, Clerk U.S. Bankruptcy Court Columbus, Ohio*

## Order Granting Motion for Payment of Unclaimed Funds

This matter is before the Court on a Motion for Payment of Unclaimed Funds (Doc. #59) filed by LeAnn E. Covey on behalf of Beneficial Financial, Inc. on April 6, 2015. It appears to the Court that the Motion is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $1806.69 to the order of Beneficial Financial, Inc. at the following address:

c/o LeAnn E. Covey
4500 Courthouse Blvd., Suite 400
Stow, OH 44224

**IT IS SO ORDERED.**

_____
John E. Hoffman Jr.
United States Bankruptcy Judge    4/29/15

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215